1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF                                      No. C 14-80194 WHA

In the Matter of Phillip Monroe Smith -
#169821                                              **ORDER OF SUSPENSION**

_____/

    Because Phillip Monroe Smith has failed to respond to the order to show cause,

Mr. Smith's membership in the bar of this Court is hereby **SUSPENDED**.

    **IT IS SO ORDERED.**

Dated:   August 22, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE